# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00117-CV

**Bruce A. Clark, Appellant**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. 98-13289, HONORABLE CHARLES F. CAMPBELL, JR., JUDGE PRESIDING

\

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss his appeal. The motion is granted. The appeal is dismissed on appellant=s motion.

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant=s Motion

Filed: February 6, 2003